**Order entered August 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00880-CR

**JONATHAN MATTHEW LEATHERWOOD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-34596-M**

## ORDER

On July 26, 2016, the Court received appellant's pro se notice of appeal and affidavit of indigency. We **ORDER** the trial court to appoint counsel to represent appellant on this appeal. We further **ORDER** the trial court to send this Court the order appointing new counsel within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; and the Dallas County District Attorney's Office.


/s/      LANA MYERS
         JUSTICE